**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

'10 – CV – 0 2 5 0 6 *Bnß*

Civil Action No. _____

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

F I L E D
UNITED STATES DISTRICT COURT
DENVE., COLORADO

OCT 1 4 2010

GREGORY C. LANGHAM
CLERK

RICHARD S. McINTOSH,

        Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY G. LAPPIN,
JOYCE CONLEY,
MICHAEL K. NALLEY,
RONNIE WILEY,
BLAKE R. DAVIS,
SARA M. REVELL,
W.A. SHERROD,
RANDY J. DAVIS,
RUSSEL RAU,
MS. NELSON, Associate Warden,
DONALD HUDSON,
MR. HARMON, Captain,
MR. SPROUL,
BUDDY J. ADELSBERGER,
E.A. STEPP,
MS. K. FLUCK,
GERALD BOZMAN,
MARTA SANTIAGO,
UNIT MANAGER FROM GREENVILLE 2006-2008, and
PARTIES UNKNOWN,

        Defendants.

_____

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

_____

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    **X**    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing **(account statement submitted does not cover 6-month period immediately preceding this filing and is not certified by an appropriate official of Plaintiff's penal institution)**
(4)    __    is missing certificate showing current balance in prison account
(5)    __    is missing required financial information
(6)    __    is missing an original signature by the prisoner
(7)    __    is not on proper form (must use the court's current form)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    __    An original and a copy have not been received by the court. Only an original has been received.
(10)    __    other:_____.

**Complaint, Petition or Application**:
(11)    __    is not submitted
(12)    __    is not on proper form (must use the court's current form)
(13)    __    is missing an original signature by the prisoner
(14)    __    is missing page nos. ___
(15)    __    uses et al. instead of listing all parties in caption
(16)    __    An original and a copy have not been received by the court. Only an original has been received.
(17)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    __    names in caption do not match names in text
(19)    __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _12th_ day of _October_____, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '10 – CV – 02506

Richard S. McIntosh
Reg No. 02012-028
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _____ 10/14/10

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk